**Order entered December 5, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01512-CR

### EX PARTE JOHN KENT MATHIS

**On Appeal from the 382nd Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause No. 2-11-217-C**

## ORDER

The Court has received appellant's notice of appeal from the trial court's order denying appellant the relief sought by his article 11.072 application for writ of habeas corpus. This is an accelerated appeal under Texas Rule of Appellate Procedure 31.

We **ORDER** the Rockwall County District Clerk to file, by **DECEMBER 22, 2014**, the clerk's record containing all of the documents related to appellant's application for writ of habeas corpus, appellant's notice of appeal, and the trial court's certification of appellant's right to appeal. *See* TEX. R. APP. P. 25.2(a), (d); *Cortez v. State*, 420 S.W.3d 803 (Tex. Crim. App. 2013).

We **ORDER** Mary Ann Gilbert, official court reporter of the 382nd Judicial District Court, to file, by **DECEMBER 22, 2014**, the reporter's record of the October 30, 2014 hearing conducted on the application for writ of habeas corpus.

Appellant's brief is due by **JANUARY 13, 2015**. The State's brief is due by **JANUARY 28, 2015**. If any party does not file its brief by the date specified, the appeal will be submitted without that party's brief. *See* Tex. R. App. P. 31.1.

The appeal will be submitted without argument on **FEBRUARY 19, 2015** to a panel consisting of Justices Francis, Lang-Miers, and Whitehill.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Brett Hall, Presiding Judge, 382nd Judicial District Court; Mary Ann Gilbert, Official Court Reporter, 282nd Judicial District Court; Kay McDaniel, Rockwall County District Clerk; John Kent Mathis; and the Rockwall County District Attorney's Office.

We **DIRECT** the Clerk to send a copy of this order, by first-class mail, to John Kent Mathis, 388 Driftwood Court, No.1A, Azle, Texas 76020.

/s/     ADA BROWN
        JUSTICE